UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| AMC DEMOLITION SPECIALISTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:04-CV-466 |
| | ) | (Shirley) |
| BECHTEL JACOBS COMPANY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM & ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 9]. The undersigned conducted a status conference in this case on October 19, 2005.

California Bank & Trust moves, pursuant to Rule 24 of the Federal Rules of Civil Procedure, for an Order permitting it to intervene in this action. [Doc. 26]. The parties advised the Court at the status conference that there is no opposition to this motion. Accordingly, for good cause shown, the Motion by California Bank & Trust For Leave To Intervene [Doc. 26] is **GRANTED**. California Bank & Trust is hereby **DIRECTED** to file its Intervening Complaint within five (5) days of the entry of this Order.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge