# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| AMC DEMOLITION SPECIALISTS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BECHTEL JACOBS COMPANY, INC., )<br>)<br>Defendant. )<br>_____ )<br>)<br>PROFESSIONAL PROJECT SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMC DEMOLITION SPECIALISTS, INC., )<br>)<br>Defendant. )<br>_____ )<br>)<br>CALIFORNIA BANK & TRUST, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMC DEMOLITION SPECIALISTS, INC., )<br>)<br>Defendant. )<br>_____ )<br>)<br>NORTH ATLANTA NATIONAL BANK, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>AMC DEMOLITION SPECIALISTS, INC., )<br>)<br>Defendant. ) | No. 3:04-CV-00466<br>(Shirley) |

# ORDER

This matter came before the Court upon Plaintiff's Motion for Attorney's fees on May 11, 2006. At this hearing the Court instructed the Plaintiff, AMC Demolition Specialists, Inc. and the Defendant, Bechtel Jacobs, Inc. to attempt to resolve the amount of the attorney's fees to be awarded to the counsel for the Plaintiff and to submit an Order assessing the fees if an agreement could be reached. After discussing this matter, the Parties agree that counsel for the Plaintiff AMC Demolition Specialists, Inc. should be paid $6,000.00 in attorney's fees pursuant to this Court's Order of May 12, 2006. It is therefore,

ORDERED and ADJUDGED, that Defendant BJC is hereby ordered to pay to counsel for the Plaintiff AMC Demolition Specialists, Inc. $6,000.00 as attorney's fees pursuant to the Order entered on May 12, 2006.

ENTER:

                                                s/ C. Clifford Shirley, Jr.
                                                United States Magistrate Judge

Approved for Entry:

/s/ J. Brent Nolan
J. Brent Nolan, BPR #015237
The Nolan Law Firm, P.C.
P.O. Box 1548
Knoxville, TN 37901
(865) 523-5900

/s/ Reggie Keaton
Reggie E. Keaton, Esq., BPR #11021
Frantz, McConnell & Seymour, LLP
P.O. Box 39
Knoxville, TN 37901
(865) 546-9321

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this the foregoing document has been served upon the following opposing counsel of record herein by placing the same in the United States Mail, properly addressed and with sufficient postage affixed thereto to ensure delivery, through the court's electronic notification system or by hand delivery.

Larry Leibowitz, Esq.
Rebecca Bond, Esq.
608 S. Gay Street, Suite 200
Knoxville, TN 37902

Hugh W. Morgan, Esq.
Adrienne Anderson, Esq.
P.O. Box 629
Knoxville, TN 37901

Keith L. Edminston, Esq.
Hodges, Doughty & Carson
P.O. Box 869
Knoxville, TN 37901

This 17th day of May, 2006.

/s/ J. Brent Nolan