# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

AMC DEMOLITION SPECIALISTS, INC.,   )
  )
     Plaintiff,   )
  )
v.   )    No. 3:04-CV-466
  )    (Shirley)
BECHTEL JACOBS COMPANY, LLC,   )
  )
     Defendant.   )

## MEMORANDUM & ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 9].

California Bank & Trust moves for an extension of time to file affidavits and a memorandum in support of its motion for summary judgment. [Doc. 69]. For grounds, California Bank & Trust submits that it has not yet received the affidavit of Gregory Coler, Vice-President and Senior Loan Administrator of California Bank & Trust, which it intended to file in support of its motion; that Mr. Coler is out of the office until May 30, 2006; and that California Bank & Trust cannot complete its memorandum until its counsel receives the affidavit.

For good cause shown, the Motion by California Bank & Trust for Extension of Time Within Which to File Affidavits and a Memorandum in Support of the Motion by California Bank & Trust for Summary Judgment [Doc. 69] is **GRANTED**. California Bank & Trust shall have until

**June 2, 2006** to file its memorandum and any supporting affidavits to its motion for summary judgment. Any party opposing California Bank & Trust's motion for summary judgment shall have twenty (20) days from the date of the filing of California Bank & Trust's memorandum and supporting affidavits to respond to the motion.

**IT IS SO ORDERED.**

ENTER:


      ___s/ C. Clifford Shirley, Jr.___
      United States Magistrate Judge

2